1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID MELGREN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STORRS INSURANCE GROUP, INC. D/B/A THE INSURANCE STORE,<br><br>Defendant. | NO: 2:23-CV-0064-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Action. ECF No. 15. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of this action with prejudice. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 2, 2023.



THOMAS O. RICE
United States District Judge