AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 02, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| DAVID MELGREN, on behalf of himself and all others similarly situated, <br> *Plaintiff* <br> v. <br><br> STORRS INSURANCE GROUP, INC. D/B/A THE INSURANCE STORE, <br> *Defendant* | ) ) ) ) ) ) <br><br> Civil Action No.   2:23-CV-0064-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   This action is DISMISSED with prejudice.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   THOMAS O. RICE

pursuant to the parties' Stipulated Motion to Dismiss Action. ECF No. 15.

Date:   June 2, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen